# EXHIBIT 1

# EXHIBIT 1

# jwknov29@gmail.com

| | |
|---|---|
| **From:** | Ken Luna <ken@1-stoppharmacy.com> |
| **Sent:** | Wednesday, June 27, 2018 8:40 PM |
| **To:** | KrunchCash |
| **Cc:** | nikki@1-stoppharmacy.com |
| **Subject:** | Org chart |
| **Attachments:** | LB Pharma Org Chart 2018.pdf; ATT00001.txt |

Jeff

I just need to update to include Eagle Lake

1

```
                    ┌─────────────────────────────┐
                    │   LB Pharma Services, LLC   │
                    │      (Delaware Company)     │
                    │         Nicole / Ken        │
                    │        Owners 50/50         │
                    └──────────────┬──────────────┘
           ┌───────────────────────┼───────────────────────┐
┌──────────┴──────────┐ ┌──────────┴──────────┐ ┌──────────┴──────────┐
│  JWS Prosperity,LLC │ │   Care Pharma LLC   │ │ Omega Care Pharmacy │
│ dba 1 Stop Pharmacy │ │ dba Wilson County   │ │        INC          │
│   (Texas Company)   │ │      Pharmacy       │ │ (California Company)│
│ 17310 W. Grand      │ │   (Texas Company)   │ │  4611 Van Nuys Blvd,│
│   Parkway Ste. Z    │ │ 495 10th Street,    │ │    Sherman Oaks     │
│ Sugar Land, Texas   │ │      Suite 106      │ │  California, 91403  │
│       77479         │ │ Floresville, TX     │ │                     │
│                     │ │       78114         │ │                     │
└─────────────────────┘ └─────────────────────┘ └─────────────────────┘
```

**LB Pharma Services, LLC** (Delaware Company) — Nicole / Ken, Owners 50/50

- **JWS Prosperity, LLC** dba 1 Stop Pharmacy (Texas Company), 17310 W. Grand Parkway Ste. Z, Sugar Land, Texas 77479
- **Care Pharma LLC** dba Wilson County Pharmacy (Texas Company), 495 10th Street, Suite 106, Floresville, TX 78114
- **Omega Care Pharmacy INC** (California Company), 4611 Van Nuys Blvd, Sherman Oaks, California, 91403