# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LB PHARMA SERVICES, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>KRUNCHCASH, LLC AND JEFFREY HACKMAN,<br><br>    *Defendants*. | Civil Action No. 9:20-cv-80141-DLB<br><br>Hon. Dave Lee Brannon |

## NOTICE OF FILING DECLARATION OF JEFFREY HACKMAN

Pursuant to this Court's September 8, 2020 paperless Order [Dkt. No. 51], Defendants file the Declaration of Jeffrey Hackman directed to the jurisdictional concerns of this Court. *Id.*

Dated: September 23, 2020        Respectfully submitted,

                   KENNEDY BERG LLP

                   By: */s/ Gabriel Berg*
                   Gabriel Berg
                   *Pro Hac Vice*
                   gberg@kennedyberg.com
                   401 Broadway, Suite 1900
                   New York, NY 10013
                   Telephone: (212) 899-3400
                   Facsimile: (212) 899-3401
                   gberg@kennedyberg.com

                   *Counsel for Plaintiff KrunchCash LLC and Jeffrey Hackman*

PALM LAW PARTNERS, P.A.

By: */s/ Craig M. Oberweger*
Craig M. Oberweger (FBN 075076)
2101 NW Corporate Blvd.
Suite 410
Boca Raton, FL 33431
Telephone: (800) 520-2052
Facsimile: (561) 405-3158
craig@palmlawpartners.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by CM/ECF to all parties registered to receive electronic notices of filing in this case.


Dated:  September 23, 2020                    */s/ Craig M. Oberweger*
                                                                    Craig M. Oberweger (FBN 075076)