# EXHIBIT 1

**From:** Ken Luna <ken@1-stoppharmacy.com>
**Sent:** Thursday, June 28, 2018 2:49 AM
**To:** KrunchCash <jeff@krunchcash.com>
**Cc:** Nikki Buzzetta <nikki@1-stoppharmacy.com>; Sean McGhie <sean@mcghie.com>
**Subject:** Re: Org chart


On Wed, Jun 27, 2018 at 9:29 PM, KrunchCash <jeff@krunchcash.com> wrote:
> Thank u!
>
> > On Jun 27, 2018, at 10:28 PM, Nikki Buzzetta <nikki@1-stoppharmacy.com> wrote:

\>
> Good Evening,
>
> Ken is on a flight and will update as soon as he lands tonight.
>
> Warmest Regards,
> Nikki
>
>> On Jun 27, 2018, at 8:23 PM, KrunchCash <jeff@krunchcash.com> wrote:
>>
>> Will the update be tonight
>>
>>> On Jun 27, 2018, at 8:40 PM, Ken Luna <ken@1-stoppharmacy.com> wrote:
>>>
>>> Jeff
>>>
>>> I just need to update to include Eagle Lake
>>> <LB Pharma Org Chart 2018.pdf>
>>>
>>>
>>> Ken
>>>

2

