# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LB PHARMA SERVICES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> KRUNCHCASH, LLC AND JEFFREY HACKMAN, <br><br> *Defendants*. | Civil Action No. 9:20-cv-80141-DLB <br><br> Hon. Dave Lee Brannon |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF JEFFREY HACKMAN

Pursuant to this Court's September 24, 2020 paperless Order [D.E.54], Defendants file this Supplemental Declaration of Jeffrey Hackman directed to the jurisdictional concerns of this Court. *Id.*

Dated: October 5, 2020

Respectfully submitted,

KENNEDY BERG LLP

By: */s/ Gabriel Berg*
Gabriel Berg
*Pro Hac Vice*
gberg@kennedyberg.com
401 Broadway, Suite 1900
New York, NY 10013
Telephone: (212) 899-3400
Facsimile: (212) 899-3401
gberg@kennedyberg.com

*Counsel for Plaintiff KrunchCash LLC and Jeffrey Hackman*

PALM LAW PARTNERS, P.A.

By: */s/ Craig M. Oberweger*
Craig M. Oberweger (FBN 075076)
2101 NW Corporate Blvd.
Suite 410
Boca Raton, FL 33431
Telephone: (800) 520-2052
Facsimile: (561) 405-3158
craig@palmlawpartners.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by CM/ECF to all parties registered to receive electronic notices of filing in this case.

Dated:  October 5, 2020  /s/ *Craig M. Oberweger*
Craig M. Oberweger (FBN 075076)